**Order entered January 13, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01107-CR

### JAMES PHYTHIAN, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 283rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F11-47313-T**

## ORDER

The Court **REINSTATES** the appeal.

On December 18, 2013, we ordered the trial court to make findings regarding why the clerk's record had not been filed. On January 6, 2014, we received the clerk's record. Therefore, we **VACATE** the December 18, 2013 order requiring findings.

The appellant's brief received on January 10, 2014 is considered properly filed.

/s/     DAVID EVANS
         JUSTICE